# United States District Court

## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| v | |
| **LAWRENCE M. HAMM JR.** | **CASE NUMBER: 14- MJ-1539 CBA** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 4, 2014 at Aberdeen Proving Ground, Maryland, defendant did, within the special maritime territorial jurisdiction of the United States in the State and District of Maryland, violate the Maryland Transportation Article Section 16-303 (c) and 13-401(h) (assimilated), as set forth in Counts One and Two, in violation of Title 18 United States Code, Sections 7 & 13.

I further state that I am an APG Police Officer and that this complaint is based on the following facts: the Military Police report, including the written statement of Officer Darabasz.

Continued on the attached sheet and made a part hereof: ☒Yes ☐No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**10 Sul 2014**
Date

At

**Aberdeen Proving Ground, Maryland**
City and State

**C. BRUCE ANDERSON, UNITED STATES MAGISTRATE JUDGE**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT

On May 4, 2014, at approximately 3:02 pm., Officer Darabasz, personally known to me to be a police officer at Aberdeen Proving Ground, Maryland (APG), was performing speed enforcement detail on Plumb Point Loop, APG, an area within the special maritime territorial jurisdiction of the United States. At that time, Officer Darabasz stopped a 2011 Dodge 4-door sedan, orange in color, Maryland registration 4AY2090. After an MVA check, Mr. Hamm's license and privilege to drive was found to be suspended, and his vehicle registration was found to be suspended. Mr. Hamm was cited on CVB Notices 4372786 and 4372787, and was released to a licensed driver. Mr. Hamm has no affiliation with the installation, and stated he was going to Top of the Bay for a wedding.

I have knowledge of the above facts and information through a review of the Military Police Report, including written statements of Officer Darabasz.

I declare under penalty of perjury that the information that I have set forth above and on the face of the complaint is true and correct to the best of my knowledge.

Executed on: 10 Jul 2014

IAN BOOTH
Inspector, APG Police

Probable Cause has been stated for the filing of the complaint.

Date: 10 Jul 2014

C. BRUCE ANDERSON
United States Magistrate Judge

## COUNT ONE
(4372786)

### DRIVING WHILE SUSPENDED
### (CLASS A MISDEMEANOR)

On or about May 4, 2014, at Aberdeen Proving Ground, Maryland, an area within the special maritime territorial jurisdiction of the United States, in the State and District of Maryland

### LAWRENCE M. HAMM JR.

did drive and attempt to drive a motor vehicle on a public highway and on private property used by the public in general in the State of Maryland while his license and privilege to do so was suspended in the State of Maryland. Title 18 U.S.C. Sections 7 & 13, Maryland Transportation Article Sections 16-303(c).

## COUNT TWO
(4372787)

### DRIVING MOTOR VEHICLE REGISTRATION WAS SUSPENDED
### (CLASS B MISDEMEANOR)

On or about May 4, 2014, at Aberdeen Proving Ground, Maryland, an area within the special maritime territorial jurisdiction of the United States, in the State and District of Maryland

### LAWRENCE M. HAMM JR.

did drive a vehicle on a highway with a suspended registration in the State of Maryland. Title 18, United States Code, Sections 7 & 13, Maryland Transportation Article Sections 13-401(h).